## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:17-cv-00650-WJM-STV

COLORADO *ex rel.* Julie Ann MEADE, Administrator,
Uniform Consumer Credit Code,

      Plaintiff,

v.

AVANT OF COLORADO, LLC d/b/a AVANT, and AVANT, INC.,

      Defendant.

---

### Notice of Filing of Unopposed Motion to Join for Purposes of Resolving Plaintiff's Expected Motions to Remand

---

Marlette Funding, LLC, d/b/a Best Egg gives notice to this Court that it filed its Unopposed Motion to Join for Purposes of Resolving Plaintiff's Expected Motions to Remand in *Colorado v. Marlette Funding, LLC*, Case No. 17-cv-575-MJW, requesting Judge Brimmer join this case with the Marlette case for consideration of Plaintiff's expected motions to remand.

Dated:  March 24, 2017                        KLENDA GESSLER & BLUE LLC

                                                      *s/ Geoffrey N. Blue*
                                                      Geoffrey N. Blue
                                                      Scott E. Gessler
                                                      1624 Market Street, Suite 202
                                                      Denver, CO 80202
                                                      Telephone: (720) 432-5705
                                                      Facsimile: (720) 379-9214
                                                      Email: gblue@klendagesslerblue.com
                                                                               sgessler@klendagesslerblue.com

SIDLEY AUSTIN LLP

Mark E. Haddad
Collin P. Wedel
555 West Fifth Street, Suite 4000
Los Angeles, CA, 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600
Email: mhaddad@sidley.com
cwedel@sidley.com

*Attorneys for Defendant Marlette Funding, LLC*

## Certificate of Service

I hereby certify that on March 24, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Nikolai N. Frant, Senior Assistant Attorney General
Trina K. Taylor, Assistant Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO  80203

Jason R. Dunn
John C. Redding
Patrick B. Hall
Richard B. Benenson
Scott T. Sakiyama
Valerie L. Hletko
Brownstein Hyatt Farber Schreck, LLP
410 17th Street, Suite 2200
Denver, CO  80202

*s/ Joanna Bila*
Joanna Bila, Paralegal

2