

**CYNTHIA H. COFFMAN**
Attorney General

**MELANIE J. SNYDER**
Chief Deputy Attorney General

**LEORA JOSEPH**
Chief of Staff

**FREDERICK R. YARGER**
Solicitor General

**RALPH L. CARR**
**COLORADO JUDICIAL CENTER**
1300 Broadway, 6th Floor
Denver, Colorado  80203
Phone (720) 508-6000

**Consumer Protection Section**
**Consumer Credit Unit**

STATE OF COLORADO
DEPARTMENT OF LAW

October 26, 2017

**VIA E-Filing (ECF)**
Hon. Scott T. Varholak
Magistrate Judge
United States District Court
District of Colorado
Byron G. Rogers United States Courthouse
1929 Stout Street, Courtroom C-203
Denver, Colorado 80294

RE:   Civil Action No. 1:17-cv-00620-WJM-STV

Your Honor:

During the October 25, 2017 hearing on Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction (Dkt.#28), the undersigned counsel for Plaintiff referenced an article regarding the valid-when-made doctrine, written by Georgetown University Law Professor Adam Levitin.

The Court asked the undersigned counsel to provide a copy of the article to the Court. A copy of the article is attached as **Exhibit 1.** The quotation referenced during the hearing appears on page 2. The article is also available at the following web address: http://www.creditslips.org/creditslips/2017/08/guess-whos-supporting-predatory-lending.html#more

Professor Levitin's CV is attached as **Exhibit 2**.

Sincerely,

s/ *Nikolai N. Frant*
Senior Assistant Attorney General
Uniform Consumer Credit Code
Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: 720-508-6111
Email:  nikolai.frant@coag.gov

Cc:   All counsel of record via E-Filing (ECF)